RICHARD MAC BRIDE (SB#199695)
LAW OFFICES OF RICHARD A. MAC BRIDE
855 Marina Bay Parkway, Suite 210
RICHMOND, CA 94804
Phone 415-730-6289 - Fax 510-439-2786
Attorney for Oscar Ramos

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Oscar Ramos,<br><br>Plaintiff,<br><br>Vs.<br><br>Antonio Salazar, Jr., et al.,<br><br>Defendants. | Case Number 24-0561 DJC-SCR<br><br>PLAINTIFF'S STATUS REPORT |

The case has settled. The parties have entered into a written settlement agreement. Defense has tendered the agreed settlement payment. In view of the fact that no answer has been filed, plaintiff is preparing to file a Notice of Dismissal very shortly.

Respectfully submitted, /s/ Richard A. Mac Bride

Richard A. Mac Bride, counsel for plaintiff Oscar Ramos

November 30, 2024

---

Status Report – Ramos v. Salazar 24-0561 DJC-SCR