RICHARD MAC BRIDE, SB# 199695
LAW OFFICES OF RICHARD A. MAC BRIDE
855 Marina Bay Parkway, Suite 210
RICHMOND, CA 94804
Phone 415-730-6289
Fax 510-439-2786
Attorney for Plaintiff Oscar Ramos

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Oscar Ramos,<br><br>　　　　　　Plaintiff,<br><br>Vs.<br><br>Antonio Salazar Jr., et al.,<br><br>　　　　　　Defendants. | Case Number 24-0561 DJC-SCR<br><br><br>NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE |

The parties have entered into a written settlement agreement, and the terms have been fulfill. Therefore, Plaintiff Oscar Ramos, through his attorney of record, Richard A. Mac Bride, hereby provides notice of voluntary dismissal with prejudice of this matter as against all defendants and as to all causes of action, and requests that the clerk of the Court enter the appropriate notation on the Court's docket. Defendants did file a motion to dismiss (Docket #11), however, they did not file an answer.

Law Offices of Richard A. Mac Bride

By: Richard A. Mac Bride /s/ Richard A. Mac Bride

Attorney for Plaintiff Oscar Ramos

December 2, 2024